No. 5684.—PUEBLO, aplte. v. REYES, apldo.—C. D. Arecibo. ▬▬▬▬ Abril 17, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, atendidos los fundamentos de la misma y el allanamiento del fiscal auxiliar en el acto de la vista, se desestima la apelación interpuesta por el Pueblo de Puerto Rico contra la resolución de la Corte de Distrito de Arecibo de 21 de septiembre de 1934, la cual decreta el archivo y sobreseimiento de la causa.

Nos. 5676, 5677 y 5678.—PUEBLO, aplte. v. CENTRAL ALIANZA, aplda.—C. D. Arecibo. ▬▬▬▬ Abril 29, 1935.

A moción de desestimación presentada por la parte apelada, vista en el día de hoy con asistencia e informe de los abogados de ambas partes, apareciendo que la apelación no ha sido interpuesta por la entidad a la que la ley le reconoce el derecho para establecerla, visto lo resuelto por esta Corte en los casos de *Ex parte Gotay*, 37 D. P. R. 472 y 473; *Pueblo* v. *González*, 38 D. P. R. 1043; y *Pueblo* v. *Ríos*, 48 D. P. R. 1011, se declara la moción con lugar y en su consecuencia se desestima el recurso.